No. 77–270. Stanton, Administrator, Department of Public Welfare of Indiana, et al. v. Bond et al. C. A. 7th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied. Mr. Justice Stevens took no part in the consideration or decision of this motion and petition.

No. 77–684. Greenblatt, Commissioner, Department of Mental Health of Massachusetts, et al. v. King. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 77–881. Fasi, Mayor of Honolulu, et al. v. Pokini, aka Akina. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 77–1219. Pennsylvania v. White. Sup. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 77–955. Powell, Chief, U. S. Capitol Police v. Dellums et al.; and

No. 77–1129. Wilson, Former Chief, Metropolitan Police Department, et al. v. Dellums et al. C. A. D. C. Cir. Motion of International Association of Chiefs of Police for leave to file a brief as *amicus curiae* granted. Motions of respondents to recuse Mr. Justice Blackmun and Mr. Justice Rehnquist denied. Certiorari denied. Mr. Justice Rehnquist took no part in the consideration or decision of these motions and petitions. Reported below: No. 77–955, 184 U. S. App. D. C. 275, 566 F. 2d 167; No. 77–1129, 184 U. S. App. D. C. 324, 566 F. 2d 216.